**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JASON R. SALENBIEN, LII, by
James H. Salenbien, Sr.,
      Plaintiff,

vs.                                         Case No. 2:07-cv-14946-PJD-RSW
                                            Hon. Patrick J. Duggan

ALLSTATE INSURANCE COMPANY,
      Defendant.
_____/

**STIPULATED ORDER OF DISMISSAL**

At a session of said Court held in the Courthouse,
Detroit, Michigan on August 7, 2009.

PRESENT:   HONORABLE PATRICK J. DUGGAN
                         U. S. District Court Judge

IT IS HEREBY ORDERED that the above-captioned matter be dismissed with prejudice and without costs to either party.  This is the last pending claim and closes this case.

                        s/Patrick J. Duggan
                        Patrick J. Duggan
                        United States District Judge

Dated: August 7, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 7, 2009, by electronic and/or ordinary mail.
                        s/Marilyn Orem
                        Case Manager

I hereby stipulated to the entry of the
above Order:

| /s/ Matthew S. Davidson | /s/ Donald C. Brownell |
|---|---|
| MATTHEW S. DAVIDSON  (P36003) | DONALD C. BROWNELL (P48848) |
| TUCKER, DAVIDSON & HINES, P.C. | VANDEVEER GARZIA, P.C. |
| Attorney for Plaintiff | Attorney for Defendant |
| 211 Portage Ave., P.O. Box 391 | 1450 W. Long Lake Road, Suite 100 |
| Three Rivers, MI  48093-0391 | Troy, MI  48098-6330 |
| (269) 273-1685 | (248) 312-2800 |
| mdavidson@tdsh.net | dbrownell@vgpclaw.com |